43  237
46  139
46  662

SEVEN VALLEYS BANK v. J. WOODS SMITH.

FILED JANUARY 3, 1895.  No. 4681.

Review. A cause tried in the district court to a jury cannot be reviewed in this court before a final judgment has been entered upon the verdict in the court below.

ERROR from the district court of Custer county. Tried below before HAMER, J.

*J. C. Naylor, M. McSherry,* and *Yates & Moore,* for plaintiff in error.

*Kirkpatrick & Holcomb, contra.*

NORVAL, C. J.

This was an action instituted before a justice of the peace by the plaintiff in error, where it obtained a judgment, and the defendant prosecuted an appeal. In the district court there was a verdict for the defendant. The record before us consists solely of the transcript of the justice docket, the pleadings in the district court, and the verdict of the jury. If a judgment has been entered on the verdict, the record before us fails to disclose it. There being no final judgment in the case, the proceeding in error must be dismissed. (*Daniels v. Tibbets,* 16 Neb., 666; *Gartner v. State,* 36 Neb., 280; *Stone v. Neeley,* 34 Neb., 81; *Smith v. Johnson,* 37 Neb., 675; *Baker v. Kloster,* 41 Neb., 890.) The petition in error is

DISMISSED.